■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD LEVITON, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of endangering the health and morals of a child and of assault in the third degree. Judgment affirmed. No opinion. Nolan, P. J., Wenzel, Hallinan and Kleinfeld, JJ., concur; Murphy, J., dissents and votes to reverse the judgment and to dismiss the information, with the following memorandum: As early as September, 1952 appellant's stepdaughter, then nine and one-half years old, denied to her mother that appellant had exposed himself to her. It was not until September 7, 1954, two years later, that the information against appellant was made and filed—obviously an inordinate delay. The trial did not take place until January, 1955. Meanwhile appellant's wife, the child's mother, had brought an action for divorce in which she charged appellant with having committed adultery with said daughter. She did not prevail in the divorce action, and continued to live with appellant long after 1952, when the offenses charged in the information were allegedly committed, of which offenses she had knowledge at that time. Her animus against appellant is unmistakable; her delay is incomprehensible, and her influence over her daughter is obvious.

■ THE PEOPLE OF THE STATE OF NEW YORK EX REL. ERNEST CUNNINGHAM, Appellant, against WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent.— Appeal from an order dismissing a writ of habeas corpus and remanding the appellant to the custody of the Warden of Sing Sing Prison. Appellant had been sentenced as a second offender after conviction in the County Court, Suffolk County, of grand larceny in the second degree, upon his plea of guilty. The previous conviction alleged against him was for "Breaking, Entering and Larceny" by night in the State of New Jersey (see Rev. Stat. of N. J., § 2: 115-1). Order unanimously affirmed. (*People* v. *Warner*, 282 App. Div. 843; *People* v. *Adams*, 1 A D 2d 783; *People ex rel. Warner* v. *Jackson*, 284 App. Div. 923.) Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ LEONARD RUBEL, Appellant, v. RUBEL CORPORATION, Respondent.— In an action by a stockholder of a Delaware corporation against a New York corporation into which the Delaware corporation was merged, to be declared a stockholder of the New York corporation, to compel the issuance of stock in such corporation to him, and for other relief, the appeal is from so much of an order as granted a motion to strike certain paragraphs from the complaint and as directed appellant to serve an amended complaint making more definite and certain his position with respect to the validity of the merger. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.